1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

4

5

6

7

8

| ROLAND KELLEY, | Case No. 2:25-cv-01488-JAD-MDC |
| Plaintiff | **ORDER** |
| v. | |
| BRIAN JONES, et al., | |
| Defendants | |

9    On August 13, 2025, pro se plaintiff Roland Kelley, an inmate in the custody of the

10   Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF

11   No. 1-1). Plaintiff has not paid the filing fee or applied for *in forma pauperis* status, one of

12   which is required for this action to proceed. The Court will give Plaintiff the opportunity to

13   correct this deficiency **by October 14, 2025**.

14   **I.    DISCUSSION**

15   The United States District Court for the District of Nevada must collect filing fees

16   from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee

17   for filing a civil-rights action is $405, which includes the $350 filing fee and the $55

18   administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the

19   fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev.

20   Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate

21   must submit **all three** of the following documents to the Court: (1) a completed

22   **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the

23   Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

24   completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

25   properly signed by both the inmate and a prison or jail official; and (3) a copy of the

26   **inmate's prison or jail trust fund account statement for the previous six-month**

27   **period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

28

1    status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

2    that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

3    **II.    CONCLUSION**

4         It is therefore ordered that Plaintiff has **until October 14, 2025**, to either pay the

5    full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

6    three of the following required documents:

7              (i) a completed application with the inmate's two signatures on page 3,

8              (ii) a completed financial certificate that is signed both by the inmate and

9         the prison or jail official, and

10             (iii) a copy of the inmate's trust fund account statement for the previous six-

11        month period.

12        Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

13   Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

14   to refile the case with the Court, under a new case number, when Plaintiff can file a

15   complete application to proceed *in forma pauperis* or pay the required filing fee.

16        The Clerk of the Court is directed to send Plaintiff this Court's approved form

17   application to proceed *in forma pauperis* for an inmate with instructions.

18

19        DATED: August 15, 2025

20

21                                          _____

                                            Hon. Maximiliano D. Couvillier, III
22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

- 2 -