# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROLAND KELLEY,

Plaintiff,

v.

BRIAN JONES, *et al.*,

Defendants.

Case No. 2:25-cv-01488-JAD-MDC

**ORDER RE-SETTING INMATE EARLY MEDIATION CONFERENCE**

The inmate early mediation is hereby **RESET** to **1:00 p.m. on December 11, 2026**. All other requirements set forth in the previous order (Docket No. 11) continue to govern this mediation. Defendants are not required to serve or file an answer or other response to Plaintiff's complaint before the mediation.

**IT IS SO ORDERED.**

DATED: October 19, 2026

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge